IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES DIVISION OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C06-4103 MWB |
| vs. | ) ) ) | JUDGMENT IN A CIVIL CASE |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

This matter is dismissed in its entirety pursuant to Rule 54(a). Judgment for the defendant, plaintiff take nothing and this action is dismissed.

Pridgen J. Watkins
Clerk of Court

Dated: February 27, 2007

s/src
Deputy Clerk